■ JANE A. SPANEL, Appellant, v. DAVID L. SPANEL, Respondent.— Judgment in favor of defendant dismissing the complaint in an action for a separation, unanimously affirmed, with $50 costs to the respondent. The only matter for concern raised on this record relates to the basis for fixing the support level for the children. The record is deficient both to sustain the fixation or to impair its propriety. Under the circumstances the court affirms, but without prejudice upon proper proof for a modification to be sought on behalf of the children. Concur — Breitel, J. P., Valente, McNally, Stevens and Eager, JJ.

■ In the Matter of DONALD H. COLEMAN.— Motion for reinstatement to the Bar denied. Concur — Botein, P. J., Breitel, Valente, McNally and Eager, JJ.

## (March 11, 1965)

■ In the Matter of LAURENCE FELDMAN, an Attorney.— Motion for reinstatement to the Bar granted. Concur — Breitel, J. P., McNally, Stevens, Eager and Steuer, JJ.